IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF Alabama
EASTERN DIVISION

| | | |
|---|---|---|
| HARLEYSVILLE MUTUAL INSURANCE COMPANY, INC., a corporation, | * * | |
| Plaintiff, | * | |
| v. | * | |
| CITY OF LANETT, a municipal corporation; | * * | CIVIL ACTION NO. ~~CV-2007-~~ 3:07CV909-mef |
| Defendant. | | |

## COMPLAINT FOR DECLARATORY JUDGMENT

### I.  JURISDICTION AND VENUE.

1.  Harleysville Mutual Insurance Company (HMIC) is a corporation organized and existing under the laws of the State of Pennsylvania, having its principal place of business in Harleysville, Pennsylvania. At all times relevant to the facts and circumstances made the subject of this action HMCI has been authorized and engaged in the insurance bonding business in this Judicial District. Defendant City of Lanett is a municipal corporation which is located in Chambers County, Alabama. Jurisdiction exist by virtue of the amount in controversy, which exceeds the sum of $75,000.00, exclusive of interest and costs, and the complete diversity of citizenship which obtains between the Plaintiff and Defendant.

{B0737797}

## II. FACTS.

2. HMIC, at the request of its principal, Pipe & Equipment Company, Inc. issued performance and payment bonds on behalf of Pipe & Equipment in favor of the City of Lanett with respect to a construction project known as the West Shawmutt Sewer Improvement. Said project, and the bonds issued by HMIC, are governed and controlled by the Alabama Public Works Act, § 39-1-1 *et seq.* (*Code of Ala.,(1975)*).

3. In conjunction with its review of the ongoing operations of its principal, HMIC discovered and advised the City of Lanett that Pipe & Equipment appeared to have abandoned work on the West Shawmutt Sewer project. At the request of the City, HMIC agreed to take over and complete the work, and has arranged for the completion of all work in accordance with the plans and specifications. At no time has the City of Lanett declared Pipe & Equipment to be in default. To the contrary, the City of Lanett representatives who were responsible for the administration of the contract failed to advise HMIC concerning the cessation of work on the project, and failed to take appropriate action to preserve the contract funds for the benefit of the surety.

4. There remains a contract balance in the possession of the City in the amount of Ninety-Six Thousand Nine Hundred Thirty-Four and 47/100 ($96,934.47). By virtue of its completion of the project and its rights of equitable subrogation, HMIC is the owner of said funds, and is entitled to payment thereof.

5. The City of Lanett has refused to release the contract balance to HMIC, and insists that it is entitled to a deduction or credit based upon the liquidated damage provisions of the contract between it and Pipe & Equipment.

6. HMIC believes that the City has waived any right to assert the benefit of liquidated damage provisions, and further believes that the City, by virtue of its failure to properly administer the contract, has prejudiced HMIC's rights and increased the cost of completion which has been absorbed by the surety.

7. In light of the foregoing, there presently exists a controversy justiciable by this Court in that the exercise of its equity jurisdiction as to whether the remaining contract funds should be released to HMIC, and whether the City is entitled to assert the benefit of the liquidated damage provisions. HMIC offers to do equity, and requests that this Court will assume jurisdiction of this cause and, following a hearing of all relevant evidence, adjudicate and declare that the competing interest of the parties with respect to the contract funds at issue.

WHEREFORE, PREMISES CONSIDERED, HMIC requests this Court will proceed to declare and adjudicate the competing rights of the parties, and award to HMIC all remaining contract balances, plus all interest permitted by law, all attorneys' fees incurred by HMIC in the filing and prosecution of this action, and all costs of court.

Respectfully Submitted,

_____
L. Graves Stiff, III (STI004)
Attorney for Harleysville Mutual Insurance Company, Inc.

OF COUNSEL:
Starnes & Atchison, LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, Alabama 35259-8512
Telephone : (205) 868-6000
Fax: (205) 868-6099

**PLEASE SERVE DEFENDANTS VIA CERTIFIED MAIL**

City of Lanett
c/o Mr. Oscar Crawley, Mayor of Lanett
401 N. Lanier Avenue
Lanett, AL 36863

5

{B0737797}

```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000696
Cashier ID: kalandra
Transaction Date: 10/10/2007
Payer Name: STARNES AND ATCHISON
-------------------------------------
CIVIL FILING FEE
 For: STARNES AND ATCHISON
 Case/Party: D-ALM-3-07-CV-000909-001
 Amount:         $350.00
-------------------------------------
CHECK
 Check/Money Order Num: 156809
 Amt Tendered:   $350.00
-------------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

Harleysville Mutual Insurance
Company, Inc. v. City of Lanett

3:07-cv-00909-MEF-WC
```