# In the United States District Court
# For the Middle District of Alabama

| | |
|---|---|
| HARLEYSVILLE MUTUAL INSURANCE COMPANY, INC., a corporation,  )<br>)<br>)  Plaintiff(s),  )<br>)<br>v.  )<br>)<br>CITY OF LANETT, a municipal,  )<br>)<br>Defendant(s).  ) | **SUMMONS**<br><br>(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws.)<br><br>CIVIL ACTION CASE NUMBER:<br>3:07CV909-mef |

TO DEFENDANT

City of Lanett
c/o Mr. Oscar Crawley, Mayor of Lanett
401 N. Lanier Avenue
Lanett, AL 36863

You are hereby summoned and required to serve upon plaintiff's attorney(s):

L. Graves Stiff, III, Esq.
Starnes & Atchison, LLP
100 Brookwood Place, 7th Floor
PO Box 598512
Birmingham, AL 35259

a response to the complaint which is herewith served upon you, within <u>20</u> days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 10-12-07

*Debra P. Hackett* , CLERK

By: _____
Deputy Clerk
(SEAL OF COURT)

<u>SEE REVERSE SIDE FOR RETURN</u>

NOTE: A separate summons must be prepared for each defendant.

CLERK, U. S. DISTRICT COURT

U.S. District Clerk's Office, Middle District
P.O. Box 711
Montgomery, AL 36101

(3/92)

{B0766461}

RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, 2007, I served this summons together with the complaint as follows:

☐     By personal service on the defendant at

☐     By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

☐     By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____
*Date*                        *Authorized or Specially Appointed Process Server*

I hereby certify and return this _____ day of _____, _____, that I am unable to locate the individual, company, corporation, etc. named in this summons.

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____
*Date*                        *Authorized or Specially Appointed Process Server*

| | | |
|---|---|---|
| Cost of Service: | Service fee: | $ 0.00 |
| | Expenses: _____ miles @ _____ cents | $ 0.00 |
| | TOTAL: | $ 0.00 |

{B0766461}