**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 3:07cv909 S+C

City of Lanett
c/o Mr. Oscar Crawley, Mayor of Lanett
401 N. Lanier Avenue
Lanett, AL 36863

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X James Clark
☐ Agent
☐ Addressee

B. Received by (Printed Name)
James Clark

C. Date of Delivery
[LANETT AL 36863 2007 postmark]

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 3450 0001 0908 4449

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540