# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF, ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| HARLEYSVILLE MUTUAL INSURANCE COMPANY, INC., a corporation, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No.: 3:07CV909-MEF<br>) |
| CITY OF LANETT, a municipal corporation, | )<br>)<br>) |
| Defendant. | ) |

## ANSWER TO DECLARATORY JUDGMENT

COMES NOW the Defendant, City of Lanett, by and through its attorney of record, and responds to the Plaintiff's Complaint for Declaratory Judgment as follows:

### I. JURISDICTION AND VENUE

1. It is denied that the amount in controversy exceeds $75,000.00.

### II. FACTS

2. Based upon information and belief, admitted.

3. Denied as stated.

4. Denied.

5. Denied.

6. Denied.

7. Denied as stated.

## AFFIRMATIVE DEFENSES/DEFENSES

### FIRST DEFENSE

The City of Lanett agrees that there is a remaining contract balance of $96,934.47. However, the City of Lanett contends that it is entitled to liquidated damages due to the job exceeding its contract time period by seventy-six days. Thus, the City believes that it is entitled to liquated damages in the amount of $75,950.00.

### SECOND DEFENSE

Further, the monies used for this project were received by a grant, which was bestowed upon the City of Lanett, Alabama. Due to the delay in job completion, the City was unable to apply in the next grant cycle in 2006 to 2008 and it cost the City's grant money.

### THIRD DEFENSE

Further, it is the contention of the City that the Plaintiff/Petitioner at no time made any request from the engineers for an update regarding the progress of this matter.

### FOURTH DEFENSE

WHEREFORE, premises considered, the City agrees that an amount is owed to HMIC. However, it denies the amount claimed by HMIC and further denies that the amount claimed is within the jurisdiction of this Court.

### FIFTH DEFENSE

Further, the City objects to the claim by HMIC for attorney's fees. The City is not aware of any documentation to support an award for attorney's fees or a bond between

pipe and equipment and HMIC.

## **SIXTH DEFENSE**

The City does ask for the Court to make a ruling as to jurisdiction and to declare and adjudicate the competing rights of the parties.

## **SEVENTH DEFENSE**

The City reserves the right to supplement this Answer.

Respectfully submitted,

/s/ T. Randall Lyons
T. RANDALL LYONS (LYO006)
Attorney for City of Lanett

OF COUNSEL:

Webster, Henry, Lyons & White, P.C.
P.O. Box 239
Montgomery, Alabama 36101
334-264-9472
334-264-9599

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this date of November 8, 2007, electronically filed the foregoing with the Clerk of the Court using the State of Alabama's electronic filing system which will send notification and a copy of such filing to the following counsel of record:

L. Graves Stiff, III
Starnes & Atchison, LLP
P.O. Box 598512
Birmingham, Alabama 35259

                                                /s/ T. Randall Lyons
                                          OF COUNSEL