**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF, ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **HARLEYSVILLE MUTUAL INSURANCE COMPANY, INC.,** a corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.: 3:07CV909-MEF |
| **CITY OF LANETT**, a municipal corporation, | ) ) ) | |
| Defendant. | ) | |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

COMES NOW the Defendant, City of Lanett, by and through its attorney of record, and in accordance with the Order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1. This party is a governmental entity.

Respectfully submitted,

_____/s/ T. Randall Lyons_____
T. RANDALL LYONS (LYO006)
Attorney for City of Lanett

OF COUNSEL:

Webster, Henry, Lyons & White, P.C.
P.O. Box 239
Montgomery, Alabama 36101
334-264-9472
334-264-9599

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this date of November 13, 2007, electronically filed the foregoing with the Clerk of the Court using the State of Alabama's electronic filing system which will send notification and a copy of such filing to the following counsel of record:

L. Graves Stiff, III
Starnes & Atchison, LLP
P.O. Box 598512
Birmingham, Alabama 35259

                                      /s/ T. Randall Lyons
                                      OF COUNSEL