IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF, ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HARLEYSVILLE MUTUAL INSURANCE COMPANY, INC., a corporation, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CITY OF LANETT, a municipal corporation, | ) ) ) ) |
| Defendant. | ) |

Civil Action No.: 3:07CV909-MEF

## REPORT OF PARTIES' PLANNING MEETING

Pursuant to Federal Civil Rule Civil Procedure Rule 26(f), a meeting was held on December 11, 2007 by conference call and the parties would like to submit the following report on the planning meeting:

1. **Parties that attended:**   Graves Stiff for Plaintiff; and

    T. Randall Lyons for the Defendant City of

    Lanett, Alabama.

2. **Pre-Discovery Disclosures.**

The parties will exchange by January 15, 2008 the information required by Rule 26(a)(1).

3. **Discovery Plan.**

The parties jointly purpose to the Court the following discovery plan:

Discovery will be needed on the following subjects:

{B0789078}

- Issues regarding a construction of a facility in the amount owed to Harleysville Mutual Insurance Company due to work performed under the bond provided by Harleysville.

- All discovery will be commenced in time to be completed by June 15, 2008.

- Maximum of 40 Interrogatories from each party to any other party. Responses due 30 days after service.

- Maximum of 40 Request for Admissions from each party to any other party. Responses due 30 days after service.

- Maximum of 5 depositions by Plaintiff and 5 depositions by Defendant. Each deposition will be limited to a maximum of 3 hours unless extended by agreement of the parties.

- Reports from retained experts under Rule 26(a)(2) due from:
    - Plaintiffs by April 15, 2008
    - Defendants by May 15, 2008

- Supplementations under Rule 26(e) due no later than June 15, 2008.

**4.   Other Items.**

None known.

The parties do not request a conference with the Court before entry of the scheduling order.

The parties request a Pretrial conference in the month and year of June 2008.

{B0789078}

The Plaintiff should be allowed until January 1, 2008 to adjoin additional parties and until January 1, 2008 to amend the pleadings.

The Defendant should be allowed until January 1, 2008 to adjoin additional parties and until January 30, 2008 to amend the pleadings.

All potentially dispositive motions should be filed by April 15, 2008.

Settlement cannot be evaluated at this point and may be enhanced by the use of mediation after some discovery.

Final list of witnesses and exhibits under Rule 26(a)(3) should be due from:

- Plaintiffs by May 1, 2008
- Defendants by May 1, 2008

Parties should have 15 days after service a final list of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by this Court's trial term of August 11, 2008 in Opelika, Alabama and is expected to take two to three days.

Dated the 11th of December, 2007.

        s/L Graves Stiff, III
        GRAVES STIFF (STIO14)
        Attorney for Plaintiff

        s/ T. Randall Lyons
        T. RANDALL LYONS (LYO006)
        Attorney for Defendant