IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HARLEYSVILLE MUTUAL ) | |
| INSURANCE COMPANY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:07-cv-909-MEF |
| ) | |
| CITY OF LANETT, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

It is hereby ORDERED that the pretrial conference set in this case for July 1, 2008 is continued to July 10, 2008 in the Chambers of the undersigned, United States Courthouse, One Church Street, A-300, Montgomery, Alabama.

DONE this the 25th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE