# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF, ALABAMA EASTERN DIVISION

| | |
|---|---|
| **HARLEYSVILLE MUTUAL INSURANCE COMPANY, INC.,** a corporation, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No.: 3:07CV909-MEF<br>) |
| **CITY OF LANETT**, a municipal corporation, | )<br>)<br>) |
| Defendant. | ) |

## JOINT MOTION TO EXTEND DEADLINE FOR RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Come now the parties (Harleysville Mutual Insurance Company and the City of Lanett) by and through their undersigned counsel of record, and hereby jointly request that the Court enlarge and extend the deadline for Plaintiff's response to Defendant's Motion for Summary Judgment for ten (10) days. In support of this request, the parties hereby advise the Court that they have reached a settlement agreement in principle subject to confirmation of payment terms, and that all remaining issues with respect to said settlement agreement should be resolved within five (5) business days.

{B0836527}

WHEREFORE, PREMISES CONSIDERED, the parties request an enlargement of time for response to the pending Motion.

          Respectfully Submitted,

          s/L Graves Stiff, III
          L. Graves Stiff, III (ASB-0693-S70L)
          Attorney for Harleysville Mutual Insurance Company, Inc.
          Starnes & Atchison LLP
          100 Brookwood Place, Seventh Floor
          Birmingham, Alabama 35209
          Telephone:  (205) 868-6081
          Fax:  (205) 868-6099
          GStiff@starneslaw.com

          s/ T. Randall Lyons
          T. RANDALL LYONS (ASB 3833-046T)
          Attorney for Defendant City of Lanett
          **Webster, Henry, Lyons & White PC**
          **PO Box 239 Street**
          **Montgomery, Alabama 35101**

{B0836527}