IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| HARLEYSVILLE MUTUAL INSURANCE COMPANY, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 3:07-cv-909-MEF |
| CITY OF LANETT, | ) ) | |
| Defendant. | ) | |

### **O R D E R**

Upon consideration of the Joint Motion to Extend Deadline for Response (Doc. #16) filed on April 14, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 16th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE