IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF, ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HARLEYSVILLE MUTUAL INSURANCE COMPANY, INC., a corporation, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No.: 3:07CV909-MEF |
| CITY OF LANETT, a municipal corporation, ) ) ) ) | |
| Defendant. ) | |

## STIPULATION FOR DISMISSAL

Plaintiff **Harleysville Mutual Insurance Company** and defendant **City of Lanett** by and through their undersigned counsel of record hereby stipulate and request the Court to enter an order dismissing this action, with prejudice, costs taxed as paid, in accordance with the Settlement Agreement which has been reached among and between the parties.

Respectfully Submitted,

s/L Graves Stiff, III
L. Graves Stiff, III (ASB-0693-S70L)
Attorney for Harleysville Mutual Insurance Company, Inc.

{B0843381}

Starnes & Atchison LLP
100 Brookwood Place, Seventh Floor
Birmingham, Alabama 35209
Telephone: (205) 868-6081
Fax: (205) 868-6099
GStiff@starneslaw.com


s/ T. Randall Lyons
T. Randall Lyons (ASB 3833-046T)
Attorney for Defendant City of Lanett
Webster, Henry, Lyons & White PC
PO Box 239 Street
Montgomery, Alabama 35101

{B0843381}