IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| HARLEYSVILLE MUTUAL | ) | |
| INSURANCE COMPANY, INC., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| v. | ) | CASE NO. 3:07-cv-909-MEF |
| | ) | |
| CITY OF LANETT, | ) | |
| | ) | |
|     Defendant. | ) | |

# **O R D E R**

The court has been notified by the parties that the dispute in the above-referenced case has been resolved. Accordingly, it is hereby

ORDERED that the parties file a joint stipulation of dismissal on or before May 28, 2008.

DONE this the 20th day of May, 2008.

                                                      /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE