3:07cv909

STRICKEN

From

Docket

Filed In ERROR
Doc. #20